UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM PETAWAY, | : | |
| | : | |
| Petitioner, | : | |
| | : | PRISONER |
| v. | : | No. 3:09CV34(MRK) |
| | : | |
| LANTZ, COMMISSIONER OF CORRECTION, | : | |
| | : | |
| | : | |
| Respondent. | : | |

## RULING AND ORDER

Currently pending before the Court is Mr. Petaway's Motion to Grant the Petition for Respondents Failure to Obey the Court's Order [doc. # 24], in which Mr. Petaway argues that his application for a writ of habeas corpus should be granted because the Commissioner did not answer this Court's Order to Show Cause by June 5, 2009. However, contrary to Mr. Petaway's assertions, Commissioner Lantz timely filed her Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus [doc. # 22] on June 5, 2009. Accordingly, Mr. Petaway's Motion to Grant the Petition for Respondents Failure to Obey the Court's Order [doc. # 24] is DENIED.

In addition, the Court hereby notifies Mr. Petaway that he is directed to file his Reply, if any, to Respondent's Memorandum of Law in Opposition to Petition for Writ of Habeas Corpus [doc. # 22] no later than **July 6, 2009**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: June 15, 2009.**